UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE ANTHONY SHOLES,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>B. CATES,<br><br>　　　　　Respondent. | Case No. 2:21-cv-01041-JDP (HC)<br><br>ORDER TRANSFERRING CASE TO THE FRESNO DIVISION OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA |

Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Petitioner's application challenges the execution of his sentence at the California Correctional Institution, which is located in Kern County—part of the Fresno Division of our court. *See* Local Rule 120(d).

Under Local Rule 120(f), a civil action that has not been commenced in the proper division of a court can, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division. I will not rule on petitioner's request to proceed *in forma pauperis*.

Good cause appearing, it is hereby ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno.

1       2. All future filings shall reference the new Fresno case number assigned and shall be
filed at:

         United States District Court
         Eastern District of California
         2500 Tulare Street
         Fresno, CA 93721

IT IS SO ORDERED.

Dated:   June 24, 2021                                                     
                                                                 JEREMY D. PETERSON
                                                                 UNITED STATES MAGISTRATE JUDGE